# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Laura Mary Dzikowski**

        Plaintiff(s)
vs.                        **CASE NUMBER: 5:21-cv-445 (LEK/TWD)**

**Commissioner of Social Security**

        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the Report-Recommendation (Dkt. No. 20) is APPROVED and ADOPTED in its entirety; and it is further ORDERED, that Plaintiffs motion for judgment on the pleadings (Dkt. No. 14) is DENIED; and it is further ORDERED, that Defendants motion for judgment on the pleadings (Dkt. No. 17) is GRANTED; and it is further ORDERED, that the Commissioners final decision denying Plaintiff disability benefits is AFFIRMED.

All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated the 30th day of September, 2022.

DATED: September 30, 2022

        *[signature]*
        Clerk of Court

                      s/Kathy Rogers
                      Deputy Clerk